IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>G. DAVID GORDON, et al., )<br>)<br>Defendants. ) | Case No. 4:09-cr-13-JHP |

**DEFENDANT DAVID GORDON'S
SUPPLEMENTAL SENTENCING MEMORANDUM
REGARDING RECOMMENDATION TO THE
BUREAU OF PRISONS REGARDING A PRISON FACILITY**

Defendant David Gordon submits this Memorandum to supplement the request raised in his Sentencing Memorandum filed on August 13, 2010 (Dkt. # 295) regarding a designated Prison. In his August 13, 2010 Sentencing Memorandum, Mr. Gordon requested that the Court recommend that he be assigned to FCI Fort Worth so that he may be close to his family (Sentencing Memorandum at 21).

Mr. Gordon recognizes that the choice of facility will be made by the Bureau of Prisons ("BOP"), but supplements his earlier Memorandum by respectfully requesting that, when the Court enters Judgment, it recommend that he be assigned to either FCI Fort Worth or FCI Seagoville so that he may be close to his family.

-2-

Dated: November 3, 2010                              Respectfully submitted,

| PORTER WRIGHT MORRIS | RIGGS, ABNEY, NEAL, TURPEN, |
| & ARTHUR LLP | ORBISON & LEWIS |

By:  /s/    Thomas O. Gorman                        By:  /s/    Stephen E. Hale
　　Thomas O. Gorman                                    　　Kristopher E. Koepsel
　　William P. McGrath, Jr.                              　　OBA No. 19147
　　1919 Pennsylvania Avenue NW                         　　Stephen E. Hale
　　Suite 500                                           　　OB No. 15777
　　Washington, DC  20006-3434                          　　502 W 6th Street
　　Telephone:    (202) 778-3000                        　　Tulsa, OK  74119
　　Facsimile:    (202) 778-3063                        　　Telephone:    (918) 587-3161
　　tgorman@porterwright.com                            　　Facsimile:    (918) 587-9708
　　wmcgrath@porterwright.com                           　　kkoepsel@riggsabney.com
　　                                                    　　shale@riggsabney.com

　　                                                    COUNSEL FOR DEFENDANT
　　                                                    G. DAVID GORDON

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2010, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Andrew H. Warren                                     Catherine J. Depew
Email: andrew.warren@usdoj.gov                       Email: catherine.depew@usdoj.gov
Attorney for the United States                       Attorney for the United States

Kevin B. Muhlendorf                                  Anthony L. Allen
Email: muhlendorfk@sec.gov                           Email: tony@lawtulsa.com
Attorney for the United States                       Attorney for Richard Clark

Scott A. Graham
Email: scott@lawtulsa.com
Attorney for Richard Clark


　　                                                    By:  /s/    Thomas O. Gorman
　　                                                    　　Thomas O. Gorman